Justice SAYLOR, EAKIN and BAER join the opinion.

962 A.2d 609

**COMMONWEALTH of Pennsylvania, Appellee**

**v.**

**Terrance WILLIAMS, Appellant.**

Supreme Court of Pennsylvania.

Submitted Sept. 30, 2008.

Jan. 22, 2009.

David Lee Zuckerman, Esq., Michael Wiseman, Esq., Helen A. Marino, Esq., Defender Association of Philadelphia, Philadelphia, for Terrance Williams.

Amy Zapp, Esq., Hugh J. Burns, Jr., Esq., Philadelphia District Attorney's Office, for Commonwealth of Pennsylvania.

BEFORE: CASTILLE, C.J., and SAYLOR, EAKIN, BAER, TODD, McCAFFERY and GREENSPAN, JJ.

496

■■■■■■■■■

*ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of January, 2009, the order of the PCRA court is hereby **AFFIRMED.** *See Commonwealth v. Marshall,* 596 Pa. 587, 947 A.2d 714 (2008).